## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| LIFE PARTNERS CREDITORS' TRUST and ALAN M. JACOBS, as Trustee for Life Partners Creditors' Trust | § § § § § | |
| | § | **DISTRICT COURT CASE** |
| VS. | § | **NO. 4:16-CV-00300-A** |
| | § | |
| ROOT HOSPITALITY SOLUTIONS, LLC., et al. | § § | |

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 15-40289-rfn-11** |
| | § | |
| LIFE PARTNERS HOLDINGS, INC., *et al.*, | § § § | **JOINTLY ADMINISTERED (Chapter 11)** |
| Debtors. | § § | |
| | § | **ADV. PRO. NO. 16-04038-rfn** |

## SUPPLEMENT TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

COMES NOW, Plaintiffs Life Partners Creditors' Trust and Alan M. Jacobs, as Trustee for Life Partners Creditors' Trust ("Plaintiffs") and supplements and amends the Motion for Default Judgment [Doc. 486] as follows:

Subsequent to the Plaintiffs Motion for Default Judgment, Defendant Stan Gray contacted Plaintiffs, and the Plaintiffs and Defendant Gray reached an agreement to settle all claims in this case. On October 22, 2020, Plaintiffs filed their Stipulation of Dismissal of Defendant Gray [Doc. 508], and consequently no default judgment should be rendered against Defendant Gray.

Additionally, subsequent to the filing of Plaintiffs Motion for Default Judgment, Defendant Sharon Adams has retained counsel [Notice of Appearance Doc. 507], which counsel

**SUPPLEMENT TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT – PAGE 1**

has now contacted Plaintiffs and is working to comply with this Court's Order directing a settlement conference. Plaintiffs accordingly request the Defendant Sharon Adams be withdrawn from their Motion for Default Judgment.

Respectfully Submitted,

*s/ James M. McGee*
Dennis L. Roossien, Jr.
Texas Bar No. 00784873
James M. McGee
Texas Bar No. 13613220
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone:  214.855.7500
Fax:  214.855.7584
droossien@munsch.com
jmcgee@munsch.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record for Defendants via the Court's CM/ECF system on this 22nd day of October, 2020.

s/ James M. McGee
James M. McGee

**SUPPLEMENT TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT – PAGE 2**

4821-6249-0831v.1 015503.00005